January 27, 2006

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548(MC 020)
Austin, TX 78711-2548

Ms. Stephanie A. Foster
Law Offices of Stephanie A. Foster
4214 Little Road, Suite 1000
Arlington, TX 76016
Mr. Steven A. Sinkin
Sinkin & Barretto, P.L.L.C.
105 West Woodlawn Ave.
San Antonio, TX 78212

RE: Case Number: 04-0787
 Court of Appeals Number: 02-02-00366-CV
 Trial Court Number: 325-169615-91

Style: IN THE INTEREST OF M.C.C., A CHILD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Lavake |
| |Mr. Thomas A. |
| |Wilder |
| |Ms. Jennifer L. |
| |Wiggins |